FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 APR 12  AM 11:33

CLERK, U S BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
___Sherman___ DIVISION

BY_____DEPUTY CLERK

**Wingspan Portfolio Advisors**

DEBTOR(S)

**15-41255**

CASE NO.

I am a _Creditor_ in the above referenced bankruptcy case.

My **PREVIOUS** address is: **5403 Lago Vista Lane**
**Frisco, TX 75034-2234**

Please **CHANGE** to the new address: **8209 Chickasaw Trl**
**McKinney, TX 75070**

DATE: **April 10, 2017**

DEBTOR SIGNATURE:

JOINT DEBTOR SIGNATURE
(If filed by Debtor)

NAME OF CREDITOR: **Steven Horne**

AUTHORIZED SIGNATURE:

TITLE:
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court
660 N. Central Expwy, Suite 300B
Plano, TX 75074